the attorneys for the respondents fifteen dollars, and have the case on appeal made, filed and served herein by June 5, 1920, and be ready to argue same on June 11, 1920, for which date the cause is especially set down; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. [See *post*, p. 925.]

In the Matter of the Petition of KATE PALMER to Render and Settle Her Final Account as Administratrix, etc., of SARAH J. FIELD, Deceased.— Motion denied. See decision in Motion No. 166 (*ante*, p. 919). Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of HERBERT C. SMITH and FLORENCE FAIR-BANKS DU VAL to Prove the Last Will and Testament of MARTHA M. BRASHER, Deceased.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of WILLIAM M. SULLIVAN to Prove the Last Will and Testament of AARON BANCROFT, Late of the County of Kings, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of WILLIAM M. SULLIVAN to Prove the Last Will and Testament of AARON BANCROFT, Late of the County of Kings, Deceased.— Motion to resettle order granted as to costs, but otherwise denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

STEPHEN A. MACHCINSKI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, and Another, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE R. SALTER, Appellant.— Motion to resettle order denied. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE R. SALTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SYROP, Appellant.— Motion for reargument denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

WILLIAM J. SCHIEFFELIN, Respondent, v. JOHN F. HYLAN and Others, Defendants. CHARLES L. CRAIG, Appellant.— Motion for leave to appeal to the Court of Appeals with stay granted, and the following questions certified: 1. Did the order of February 13, 1920, justify and sustain an adjudication of civil contempt against the defendant Craig?  2. Was the transfer of the rapid transit corporate notes of the department of finance to the commissioners of the sinking fund, with the application of the proceeds thereof to the redemption of special revenue bonds held by the sinking fund commission, a violation of the order of February 13, 1920?  3. On the facts was the defendant Craig in contempt so as to be fined $250 and costs by the Special Term?  Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.